MARIE KILLIAN, as Administratrix, etc., Plaintiff, *v.* AMERICAN WEST AFRICAN LINE, INC., Defendant.

Supreme Court, Special Term, New York County, December 1, 1936.

*Lucien V. Axtell [Dominick Blasi* of counsel], for the plaintiff.

*Hunt, Hill & Betts [William R. Meagher* of counsel], for the defendant.

VALENTE, J. Motion to dismiss the second cause of action is denied. The statutes dealing with personal injury actions have no application here, because the case is contractual in nature. (*Pacific Steamship Co.* v. *Peterson,* 278 U. S. 130; 49 S. Ct. 75; 73 L. Ed. 220.) It, therefore, survives death and passes to the legal representative of the deceased. Order signed.